UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOKOLSKYFILM, INC.,

    Plaintiff,

                                          Case No. 24-12756

v.

                                          Hon. F. Kay Behm

NETAKTION LLC,

    Defendant.

_____/

## ORDER DENYING APPLICATION FOR RELIEF FROM LR 83.20(f)

The court has reviewed the application for relief from LR 83.20(f) (ECF No. 30) and the objection (ECF No. 31).  The court finds neither good cause nor unique circumstances warrant relief from routine application of the rule requiring local counsel.  "Wishing to avoid the cost of establishing a relationship with local counsel is entirely prosaic, not unique or extenuating."  *E.g.*, *Sompo Am. Ins. Co. v. FCA US LLC*, No. 20-10734, 2021 U.S. Dist. LEXIS 88313, at *3 (E.D. Mich. May 10, 2021).

Plaintiff shall specify local counsel within 15 days of entry of this order, and local counsel must enter an appearance on the record within that same time, or the court will consider what sanctions are appropriate,

1

including whether counsel may continue to conduct the case in absence of local counsel.  *See* LR 83.20(f); LR 11.1.

**SO ORDERED.**

Dated: August 6, 2025                                s/F. Kay Behm
                                                                 F. Kay Behm
                                                                 United States District Judge